# Exhibit B

*Claim Chart re Asserted Claims of '511 Patent and Exemplary Accused Products*

Preliminary Comparison of U.S. Patent No. 7,952,511 to Hyundai Cars

| '511 Patent, Claim 1 Language | Hyundai Cars Equipped with Pedestrian Detection, or Vehicle Detection ("Accused Instrumentalities") |
|---|---|
| **Claim 1**. A method for detecting an object, comprising the steps of: | The Accused Instrumentalities implement a method for detecting an object (e.g., a pedestrian, or a vehicle). https://www.wardsauto.com/technology/hyundai-reveals-major-design-safety-upgrades-2019-elantra. |
| defining expected characteristics of a scattered invisible electromagnetic radiation pattern to be detected at a receiver; | The method implemented by the Accused Instrumentalities includes defining expected characteristics of a scattered invisible electromagnetic radiation pattern to be detected at a receiver.<br><br>For example, "Forward Collision-Avoidance Assist with Pedestrian Detection technology that uses both the front forward-facing radar and camera through sensor fusion to help detect a vehicle or pedestrian and warn the driver of a potential collision." https://www.wardsauto.com/technology/hyundai-reveals-major-design-safety-upgrades-2019-elantra.<br><br>Thus, as described above, each Accused Instrumentality includes a radar unit, which transmits invisible electromagnetic radiation to be detected at a receiver located on the Accused Instrumentality. When the region intermediate to the path taken by the incident and the observed electromagnetic radiation is devoid of confounding factors and objects, a standard (*i.e.*, a control-variable-like, or a background) baseline signal set—that can be used for comparison purposes—is established. For example, one standard background might be the open road in front of the Accused Instrumentality. This baseline can be updated in essentially real time as, for instance, atmospheric propagation conditions change and evolve or road-painting schemes alter from one section of pavement to the next. |
| attenuating at least a portion of an invisible electromagnetic radiation field by a presence of an object within a path of invisible electromagnetic radiation, | The method implemented by the Accused Instrumentalities involves attenuating at least a portion of an invisible electromagnetic radiation field by a presence of an object within a path of invisible electromagnetic radiation. For example, the reflection, absorption, and attenuation characteristics of a pedestrian or vehicle will be different than the reflection, absorption, and attenuation characteristics of open road. |
| said invisible electromagnetic | The invisible electromagnetic radiation is propagated off axis with respect to the receiver toward a scattering medium. |



Preliminary Comparison of U.S. Patent No. 7,952,511 to Hyundai Cars

| '511 Patent, Claim 1 Language | Hyundai Cars Equipped with Pedestrian Detection, or Vehicle Detection ("Accused Instrumentalities") |
|---|---|
| radiation propagating off axis with respect to the receiver toward a scattering medium; and | For example, invisible electromagnetic radiation is propagated from the radar unit integrated into the grille toward a scattering medium (e.g., a road) in front of the vehicle. On information and belief, the radar unit comprises at least one transmitter and one separate and distinct receiver. The invisible electromagnetic radiation is therefore transmitted off-axis with respect to the receiver, although both are included in the Accused Instrumentality. |
| detecting the attenuation to indicate a presence of the object. | The method implemented by the Accused Instrumentalities involves detecting the attenuation to indicate a presence of the object. "Forward Collision-Avoidance Assist with Pedestrian Detection technology that uses both the front forward-facing radar and camera through sensor fusion to help detect a vehicle or pedestrian and warn the driver of a potential collision." https://www.wardsauto.com/technology/hyundai-reveals-major-design-safety-upgrades-2019-elantra. |
| **Claim 15**. An apparatus for performing the method of claim 1, comprising: | As discussed above, the Accused Instrumentalities each constitute an apparatus for performing the method of claim 1. |
| means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver; and | The Accused Instrumentalities include means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver.<br><br>For example, " Forward Collision-Avoidance Assist with Pedestrian Detection technology that uses both the front forward-facing radar and camera through sensor fusion to help detect a vehicle or pedestrian and warn the driver of a potential collision." https://www.wardsauto.com/technology/hyundai-reveals-major-design-safety-upgrades-2019-elantra.<br><br>Also, "One of the segment-first safety features in the 2017 Elantra is Pedestrian Detection in the Automatic Emergency Braking system. The system detects pedestrians in your path with the help of the camera and a radar sensor." https://www.cardinalewayhyundai.com/blog/tag/pedestrian-detection/.<br><br>The system's ability to recognize pedestrians and the company's Forward Collision Warning which is connected to a computer suggests that there is a database of masses and shapes constitutes means for storing expected characteristics of scattered electromagnetic radiation to be received at a receiver. https://www.rosenhyundai.com/hyundai-technology/forward-collision-warning.htm |



Preliminary Comparison of U.S. Patent No. 7,952,511 to Hyundai Cars

| '511 Patent, Claim 1 Language | Hyundai Cars Equipped with Pedestrian Detection, or Vehicle Detection ("Accused Instrumentalities") |
|---|---|
| a receiver for detecting the attenuation to indicate a presence of the object. | The Accused Instrumentalities include a receiver for detecting the attenuation to indicate a presence of the object.<br><br>For example, " Forward Collision-Avoidance Assist with Pedestrian Detection technology that uses both the front forward-facing radar and camera through sensor fusion to help detect a vehicle or pedestrian and warn the driver of a potential collision." https://www.wardsauto.com/technology/hyundai-reveals-major-design-safety-upgrades-2019-elantra.<br><br>Also, "One of the segment-first safety features in the 2017 Elantra is Pedestrian Detection in the Automatic Emergency Braking system. The system detects pedestrians in your path with the help of the camera and a radar sensor." https://www.cardinalewayhyundai.com/blog/tag/pedestrian-detection/.. |

